# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRITTANY ROBINSON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNIVERSAL HEALTH SERVICES, INC.,<br><br>　　　　　　Defendants. | Case No. 2:19-cv-01530-RFB-BNW<br><br>**REPORT AND RECOMMENDATION** |

On November 13, 2019, the court granted Plaintiff's application to proceed *in forma pauperis* and screened her complaint. (ECF No. 4.) After screening Plaintiff's complaint, the court dismissed it without prejudice and gave Plaintiff until December 13, 2019 to file an amended complaint. (*Id.* at 3.) Plaintiff was advised that failure to comply with the court's order would result in a recommendation that her case be dismissed. (*Id.*) Given that plaintiff has not complied with the court's order or taken any action in this case since the court's order dated November 13, 2019, she appears to have abandoned this case.

IT IS THEREFORE RECOMMENDED that plaintiff Brittany Robinson's case be dismissed without prejudice.

## NOTICE

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely

1  objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d
2  1153, 1157 (9th Cir. 1991).

4     DATED: February 11, 2020

   _____
   BRENDA WEKSLER
   UNITED STATES MAGISTRATE JUDGE