WENDY M. KRINCEK, ESQ., Bar No. 6417
DIANA G. DICKINSON, ESQ., Bar No. 13477
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:  702.862.8800
Fax No.:    702.862.8811
Email: wkrincek@littler.com
       ddickinson@littler.com

*Attorneys for Defendant*
UNIVERSAL HEALTH SERVICES, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRITTANY ROBINSON,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSAL HEALTH SERVICES, INC.,<br><br>Defendant. | Case No. 2:19-cv-01530-RFB-BNW<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Pro Se Plaintiff BRITTANY ROBINSON and Defendant UNIVERSAL HEALTH SERVICES, INC.[1], by and through its counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice. Pursuant to the Court's December 2, 2022 Order (ECF No. 45), the confidential settlement agreement is attached hereto as **Exhibit A** and filed under seal.[2]

The parties agree that no party to this stipulation shall be deemed to be a prevailing party in this action and that no party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available for the claims dismissed by this stipulation.

---

[1] Plaintiff erroneously named Universal Health Services, Inc. as Defendant in the litigation; Plaintiff's former employer is Valley Health System LLC d/b/a Desert Springs Hospital.

[2] Defendant has simultaneously filed a Motion to Seal Exhibit A in accordance with Local Rule IA10-5.

1  Each party to this stipulation shall bear its own costs and fees for the claims dismissed
2  by this stipulation.

4  Dated: December 29, 2022

5  Respectfully submitted,

7  [signature]
8  BRITTANY ROBINSON

   *Pro Se*

Dated: January 3, 2023

Respectfully submitted,

/s/ Diana G. Dickinson, Esq.
WENDY M. KRINCEK, ESQ.
DIANA G. DICKINSON, ESQ.
LITTLER MENDELSON, P.C.

*Attorneys for Defendant*
UNIVERSAL HEALTH SERVICES, INC.

**IT IS SO ORDERED.**

Dated: January 9, 2023.

[signature]
RICHARD E. BOULWARE, II
United States District Court

4880-7403-4185.1 / 069080-1144

# **<u>Exhibit Index</u>**

Exhibit A – Settlement Agreement

# EXHIBIT A

Settlement Agreement

FILED UNDER SEAL

EXHIBIT A

**\*THIS DOCUMENT IS BEING FILED UNDER SEAL\***